UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, BAS331,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendant(s). | Case No. 21-cv-07480-CRB  (PR)<br><br>**ORDER GRANTING REQUEST TO REOPEN AND FOR EXTENSION OF TIME AND INSTRUCTIONS TO CLERK**<br><br>(ECF No. 11) |

On November 30, 2021, the court screened the complaint pursuant to 28 U.S.C. § 1915A and dismissed it (1) with leave to amend to file an amended complaint regarding plaintiff's medical malpractice and negligence claim against several Contra Costa County Jail (CCCJ) medical staff, and (2) without prejudice to plaintiff filing separate actions regarding his other claims. As to the medical malpractice and negligence claim, the court explained that plaintiff must "set forth specific dates and facts showing how each named individual CCCJ medical defendant was deliberately indifferent to his serious medical needs, if possible. It is not enough that a defendant was negligent or grossly negligent." ECF No. 6 at 3 (citing Farmer v. Brennan, 511 U.S. 825, 835-36 & n.4 (1994)). The court also warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." Id. at 4.

On January 11, 2022, the court noted that "[m]ore than 40 days have passed since the court's November 30, 2021 order and plaintiff has neither filed an amended complaint nor sought an extension of time to do so," and dismissed the action "without prejudice." ECF No. 9 at 2.

The court's orders were returned as undeliverable but plaintiff since has filed a notice of change of address and a request to reopen the case and for an extension of time to respond. Good cause appearing, plaintiff's request (ECF No. 11) is GRANTED.

United States District Court
Northern District of California

1    Plaintiff may file a First Amended Complaint (FAC), as indicated in the court's November
2  30, 2021 order, by no later than May 27, 2022.  The pleading must be <u>simple and concise (not
3  more than 25 pages)</u> and must include the caption and civil case number used in this order and the
4  words FIRST AMENDED COMPLAINT on the first page.  Failure to file a proper amended
5  complaint within the designated time will result in the dismissal of this action.
6    Plaintiff is advised that the FAC will supersede the original complaint and all other prior
7  amendments and pleadings.  Claims and defendants not included in the FAC will not be
8  considered by the court.  <u>See</u> <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987).
9    The clerk is instructed to reopen this case, send plaintiff a copy of the November 30, 2021
10 and January 11, 2022 orders and of this order, and to terminate the request appearing on ECF as
11 item number 11.
12   **IT IS SO ORDERED**.
13 Dated:  May 2, 2022

_____
CHARLES R. BREYER
United States District Judge